# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JAMES WHORTON, JR.<br>　　*Plaintiff* | §<br>§<br>§ |
| vs. | §　Civil Action No. 2:18-CV-00033-JRG<br>§ |
| ARKANSAS UTILITY PROTECTION<br>SERVICES, INC. and TYLOR RAY<br>DODDS<br>　　*Defendants* | §<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Dismissal ("Motion"). (Dkt. No. 30.) All matters between Plaintiff and Defendants asserted in the above-captioned case have been fully settled and resolved. As such, Plaintiff moves to dismiss with prejudice all claims asserted between the parties. Defendants do not oppose the Motion.

Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that all claims asserted between the Plaintiff and Defendants in the above-captioned case are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that all attorney fees, costs, and expenses are to be borne by the party that incurred them. All pending requests for relief not previously addressed by the Court are **DENIED AS MOOT**. The Clerk is **DIRECTED TO CLOSE** the above-mentioned case.

So ORDERED and SIGNED this 7th day of January, 2019.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE